UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHYLLIS MCGIHON,

    Plaintiff,

    v.

E*TRADE WHOLESALE LENDING CORPORATION, et al.,

    Defendants.

No. C 12-5927 PJH

**ORDER RE BANKRUPTCY STAY**

It appearing from the Notice of Bankruptcy and Effect of Automatic Stay filed on February 14, 2013, that GMAC Mortgage, LLC, which may be a defendant in the above entitled action, has filed a petition in bankruptcy,

IT IS HEREBY ORDERED that to the extent that GMAC Mortgage LLC is in fact a defendant, any action against GMAC Mortgage LLC is stayed pursuant to 11 U.S.C. § 362(a).

IT IS FURTHER ORDERED that nothing contained herein shall be considered a dismissal or disposition of this action; and that the court's order of January 28, 2013 dismissing the complaint as incomprehensible and ordering plaintiff to file an amended complaint no later than February 25, 2013, remains in effect.

**IT IS SO ORDERED.**

Dated: February 15, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge