UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHYLLIS MCGIHON,

    Plaintiff,

    v.

E*TRADE WHOLESALE LENDING CORPORATION, et al.,

    Defendants.

_____/

No. C 12-5927 PJH

**ORDER OF DISMISSAL**

On January 28, 2013, the court dismissed the complaint in the above-entitled action, with leave to amend. The order stated that any amended complaint must be filed by February 25, 2013, and that if no amended complaint was filed by that date, the case would be dismissed with prejudice. Plaintiff having failed to comply with that order, the case is hereby DISMISSED.

**IT IS SO ORDERED.**

Dated: February 27, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge